[No. 9607-9-I. Division One. July 19, 1982.]

CYPRESS STEEL, INC., ET AL, *Appellants,* v. GERALD F. MOLITOR, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 80-2-07868-2, Robert M. Elston, J., entered November 14, 1980. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Andersen, C.J., and Swanson, J.

[No. 9438-6-I. Division One. July 19, 1982.]

RAY VAN HOLLEBEKE, ET AL, *Respondents,* v. HAROLD L. KROUTWICK, *Appellant,* CAPRI REALTY, INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 831260, H. Joseph Coleman, J., entered October 8, 1980. *Affirmed* by unpublished opinion per Williams, J., concurred in by Durham, A.C.J., and Callow, J.

[No. 9745-8-I. Division One. July 19, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES EMBLER, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 78-1-00658-7, Stuart C. French, J., entered December 23, 1980. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Durham, A.C.J., and Swanson, J.